**Virginia N. ABLE, Plaintiff—Appellant,**

v.

**BELLSOUTH CORPORATION, as Plan Sponsor and Administrator of Bell-South Disability Pension Plan, Defendant—Appellee.**

No. 04–1307.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2005.

Decided: June 22, 2005.

James A. Merritt, Jr., Berry, Quackenbush & Stuart, P.A., Columbia, South Carolina, for Appellant.

Ruth H. Fife, Bellsouth Corporation, Atlanta, Georgia, for Appellee.

Before WILLIAMS and MICHAEL, Circuit Judges, and HENRY E. HUDSON, United States District Judge for the Eastern District of Virginia, sitting by designation.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Virginia Able appeals from a grant of summary judgment in favor of BellSouth Corporation on her claim arising under the Employee Retirement Income Security Act (ERISA). Able claims that the administrator of BellSouth's ERISA plan miscalculated the amount due to her as disability pension benefits under the plan. We have reviewed the record and find Able's arguments to be meritless. Accordingly, we affirm on the reasoning of the district court. (Supp. J.A. at 288–97.) We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*